UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:05CV-0001-EHJ

WANDA L. EDWARDS                                                                         PLAINTIFF

v.

JO ANNE BARNHART,
Commissioner of Social Security                                                      DEFENDANT

## MEMORANDUM OPINION

This case is before the Court upon plaintiff Wanda Edwards' objections to the proposed findings and recommendations of the United States Magistrate Judge.  The Court has conducted a de novo review of those matters that are the subject of specific written objection, and is of the opinion that the proposed findings and recommendations should be adopted, and the decision of the Commissioner should be affirmed.

Plaintiff filed an application for Disability Insurance Benefits on October 1, 2002 alleging that she became disabled as of September 15, 2000 as a result of hepatitis C, susceptibility to infectious disease, history of hemorrhaging, and debilitating liver problems (Tr. 71).  Her insured status expired on March 31, 2001 (Tr. 24).  Thus, the claimant faces a very narrow time frame between September 15, 2000 and March 31, 2001 in which to establish disability.  The application was denied at the initial stage and upon reconsideration.  After a hearing on January 27, 2004, Administrative Law Judge Garry Flenner ("ALJ") found that prior to the expiration of her insured status, Ms. Edwards did not have any impairment or combination of impairments which significantly limited her ability to perform basic work-related activities (Finding #4).  In other words, Ms. Edwards' case was decided at step-two of the sequential evaluation process.

In reviewing plaintiff's objections, this Court has combed the record in this case. The magistrate's proposed findings and recommendations thoroughly and adequately address the issues raised in plaintiff's objections. There is substantial evidence of record to support the ALJ's Decision denying benefits to Ms. Edwards. The Court finds that the magistrate's analysis of the issues and application of the law are appropriate, and the recommendations are adopted. While the Court is sympathetic to Ms. Edwards' situation, it finds no misapplication of the regulations. Though this Court may have analyzed the evidence differently to reach a contrary conclusion, it is bound to uphold the Commissioner in this case, Crum v. Sullivan, 921 F.2d 642, 644 (6th Cir. 1990).